# United States Probation Office
## For the District of Utah

## Report on Defendant Under Pretrial Supervision

Name of Offender:    Simon Juhlin                          Docket No.: 2:23CR00430- 001

Name of Judicial Officer:   Honorable Jared C. Bennett
U.S. Magistrate Judge

Date of Release: January 24, 2024

On January 24, 2024, the defendant was released after appearing on a charge of Wire Fraud, under the conditions listed in the Order Setting Conditions of Release (Dkt. 12).

On April 5, 2024, the defendant immediately informed his Pretrial Services Officer he was pulled over by law enforcement and charged with Driving Under the Influence (DUI) and Speeding. The defendant stated he was attempting to drive himself to the hospital when he was pulled over for the DUI. He was then given a citation and was transported by an ambulance to the hospital. He stated he has been having medical issues and felt he was having a heart attack. When his pretrial services officer asked him if he was under the influence of anything, he stated "I did have a few drinks that night, but I haven't been drinking because of my condition and choice."

After speaking with the defendant and defense counsel, they have consented amending the defendant's Conditions of Release. The Assistant United States Attorney was contacted concerning this request and they indicated they have no objections to amending the conditions. Pretrial Services respectfully recommends the defendant's conditions be amended to include the following conditions:

(f)      ☒ not use alcohol, ☐ not use alcohol to excess, ☐ not frequent establishments where alcohol is the main item of order.

(j)      you must submit to Remote Alcohol Testing and abide by all of the program requirements for a period of 45 days. You must pay all or part of the costs of participation in the program as directed by the pretrial officer.

If the Court desires more information or another course of action, please contact me at 385-602-2085.

                                             Respectfully submitted,

                                             By      Morgan Wahlen
                                                     U.S. Pretrial Services Officer
                                                     Date: April 11, 2024

PS8
(D/UT 01/16)
THE COURT:

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

Honorable Jared C. Bennett
U.S. Magistrate Judge
Date: April 11, 2024